IN THE SUPREME COURT OF TEXAS

 No. 10-0238

 IN RE UNIVERSAL UNDERWRITERS OF TEXAS INSURANCE COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief, filed April 7, 2010, is
granted. All trial court proceedings in Cause No. 141-237069-09, styled
Grubbs Infiniti, Ltd. v. Universal Underwriters of Texas Insurance Company,
in the 141st District Court of Tarrant County, Texas, are stayed pending
further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this April 23, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk